# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| AHMAD HERSH, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CKE RESTAURANTS HOLDINGS, INC., et al., )<br>)<br>Defendants. ) | No. 4:17CV2043 RLW |

## MEMORANDUM AND ORDER

In accordance with the Court's Memoranda and Order issued this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiffs Ahmad Hersh and Muna Omer's claims against Defendants CKE Restaurant Holdings, Inc., Hardee's Food Systems, LLC, and Hardee's Restaurants, LLC are **DISMISSED without prejudice**. Such dismissal, however, is dependent on Defendants' explicit willingness to consent to jurisdiction in the Hashemite Kingdom of Jordan and waive any potential procedural barriers to process if Plaintiffs refile in a Jordanian court.

Dated this 26th day of July, 2019.

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**